**In the Matters of Walter R. BRAUND and Virginia M. Braund, Bankrupts.**

**UNITED STATES of America, Appellant,**

v.

**William A. McGUGIN, Appellee.**

**No. 23707.**

United States Court of Appeals, Ninth Circuit.

Feb. 9, 1970.

———◆———

Karl Schmeidler (argued), Frank X. Grossi, Jr., Crombie J. D. Garrett, Lee A. Jackson, Attys., Dept. of Justice, Tax Div., Johnnie M. Walters, Asst. Atty. Gen., Tax Div., Dept. of Justice, Washington, D. C., Richard L. Fishman, Asst. U. S. Atty., William M. Byrne, Jr., U. S. Atty., Los Angeles, Cal., for appellant.

Stephen Chrystie (argued), of Buchalter, Nemer, Fields & Savitch, Los Angeles, Cal., Armold Kupetz, of Sulmeyer, Kupetz & Alberts, Los Angeles, Cal., for appellee.

Before BROWNING, ELY and CARTER, Circuit Judges.

PER CURIAM:

The only substantial question presented is whether the proviso in section 17a (¹) of the Bankruptcy Act, 11 U.S.C. § 35(a), preserves a pre-bankruptcy tax lien as to assets acquired after bankruptcy. The three district courts which have considered this question have answered it in the negative. In re Carlson, 292 F.Supp. 778 (C.D.Calif.1968); In re Braund, 289 F.Supp. 604 (C.D.Calif. 1968); United States v. Sanabria (N.D. Ill., June 21, 1968) (Unreported) (Appeal pending in the Court of Appeals for the Seventh Circuit, No. 17,145). *See also* Marsh, Triumph or Tragedy? The Bankruptcy Amendments of 1966, 42 Wash.L.Rev. 681 (1967); Note, 14 Vill. L.Rev. 323, 326 (1969).

There are substantial arguments on both sides, but we have concluded that on balance the result reached in these decisions is the better one.

Affirmed.